COPY

Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____




UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,

Petitioner,

v.

BOOGIETOWN, LLC,

Respondent.

Case No. CV14-8804 RGK SSx

[PROPOSED] JUDGMENT




TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists ("Union"), as successor-in-interest to Screen Actors Guild, Inc., came before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., and against Boogietown, LLC, Union Case No. 5026 & 5027, dated December 16, 2010, is confirmed in all respects.

2. Boogietown, LLC is ordered to pay as follows:

(a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $92,415.14;

(b) To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,400.00;

(c) To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $400; and

(d) The Parties are to split the fees of the Arbitrator evenly.

3. Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Boogietown, LLC's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Boogie Town* anywhere in the world until the amounts due are paid in full.

Dated: JAN 9 2015

Judge of the United States District Court